# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLYDE S. MUNSELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GRANT RAYMOND FEDORUK, an individual; ALAMO RENT-A-CAR, a business entity of unknown, and DOES 1 to 10, <br><br> Defendants. | Case No. 5:19-cv-01504 JVS (KK) <br><br> ~~PROPOSED~~ **ORDER GRANTING STIPUATION FOR PROTECTIVE ORDER** <br><br> Judge: James V. Selna <br> Location: Santa Ana, Courtroom 10C <br><br> Magistrate: Kenly K. Kato <br> Location: Santa Ana, Courtroom 3 or 4 |

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation and Proposed Protective Order submitted by the parties.

IT IS SO ORDERED.

DATED: March 31, 2020

_____
HONORABL KENLY K. KATO
United States Magistrate Judge