# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLYDE S. MUNSELL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GRANT RAYMOND FEBORUK, an individual; ALAMO RENT-A-CAR, a business entity of unknown, and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-01504 JVS (KKx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　　　James V. Selna<br>Location:　　Santa Ana, Courtroom 10C<br><br>Magistrate:　Kenly K. Kato<br>Location:　　Santa Ana, Courtroom 3 or 4 |

2150213v.1

The Parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), have entered into a written stipulation to dismiss with prejudice the entire action, including all claims stated herein against all parties. The Parties have further stipulated that each party shall bear its own attorney's fees and costs.

    Having reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice, the matter is hereby dismissed with prejudice.

    It is SO ORDERED.

Dated: September 11, 2020      _____
                                                           JAMES V. SELNA
                                                           United States District Court Judge